# FISHMAN McINTYRE LEVINE SAMANSKY P.C.

STANLEY P. FISHMAN*
CHRISTOPHER E. McINTYRE > +
MITCHELL B. LEVINE*
SCOTT D. SAMANSKY**
CASSANDRA A. WILLOCK*
SCOTT A. GROSSMAN <
PETER J. MURANO, III*
KEVIN J. DONNELLY *
ANN MARIE F. KANE+
MARK N. KEDDIS*
CAROLINE PAPADATOS <

NEW YORK OFFICE
521 FIFTH AVENUE, 17th FL.
NEW YORK, NY 10175

120 EAGLE ROCK AVENUE
EAST HANOVER, NJ 07936
Telephone (973) 560-9000
Fax (973) 560-0060

*& CT BARS
BARS
BARS

Supreme Court
Trial Attorney

mcintyre.com

> Application denied without prejudice. Defendant may renew its application, if it be so advised, by using AO 88B form subpoenae available through the S.D.N.Y. website.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 20, 2023

Via ECF
Hon. Philip M. Halpern, U.S.D.J.
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:    **Tracy Roberts v. Target Corporation**
       Case No.: 7:23-cv-04662 (PMH)
       Our File No.: TARN-209

Dear Judge Halpern:

    This office represents defendant, Target Corporation, in the above referenced matter. As discussed at the recent Initial Conference held before Your Honor, please find the attached Subpoenas which defendant requests to be "So-Ordered".

    If the same meet with Your Honor's approval, kindly execute where indicated and return to this office so we may serve the subpoenas accordingly. Should any additional information be required in this regard, kindly contact the undersigned.

    Thank you for Your Honor's courtesies in this regard.

Respectfully submitted,

_MBL_
Mitchell B. Levine, Esq.
mitch@fishmanmcintyre.com

MBL/PJM
Encl.

cc:    Jason Richman, Esq. (via ECF)